IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| STEPHANIE SMITH, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 3:19-CV-00721-CHB |
| | ) |
| JONATHAN HALL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARILY DISMISSAL

Now come the Plaintiffs, by and through their attorneys, Jeffrey A. Sexton and John W. Byrnes and the Defendant, Jonathan Hall, by and through his attorney, Daniel Luke Morgan voluntarily dismiss the above action due to the parties having reached an agreement and settled the above action.

Respectfully submitted,

/s/ Jeffrey A. Sexton
Jeffrey A. Sexton, Attorney
325 West Main Street, #150
Louisville, Kentucky 40202
502-893-3784

And

/s/John W. Byrnes
John W. Byrnes
4410 S. Third St.
Louisville, Kentucky 40214
(502) 364-2500

/s/ Daniel Luke Morgan
Daniel Luke Morgan
201 East Main Street, Suite 900
Lexington, Kentucky 40507